P.O. Box 9013
Andover, MA 01810       03651

**Zwicker & Associates, P.C.**
Attorneys At Law



69322-17B   10***AUTO**MIXED AADC 350
Sergio Fiorarancio
**REDACTED**

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALASKA
ARIZONA
CALIFORNIA
COLORADO
CONNECTICUT
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
KENTUCKY
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
NEW JERSEY
NEW HAMPSHIRE
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
DISTRICT OF COLUMBIA

*Personal and Confidential*

10/17/2017
File ID: **REDACTED**
Creditor: American Express
Account number ending in: **REDACTED**          Balance: $17,960.99

Dear SERGIO FIORARANCIO:

This law firm has been retained by the above-named creditor to assist it in the collection of the funds you owe on the above-referenced account. As of the date of this letter, you owe $17,960.99.

This letter is not a threat of suit and should not be construed to be a threat of suit.

*Please note that unless you dispute said debt, or any portion thereof, within thirty (30) days after your receipt of this letter, this office shall assume the validity of this debt. Upon your written notification within such thirty-day period that this debt, or any portion thereof, is disputed, this office shall obtain verification of the debt or a copy of a judgment, if any, against you and mail you a copy of such verification or judgment. Furthermore, upon your written request within said thirty-day period, this office shall provide you with the name and address of the original creditor, if different from the current creditor.*

Please contact this office to discuss repayment with one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

---

[1] This firm is a debt collector.
[2] This firm is attempting to collect a debt and any information obtained will be used for that purpose.
[3] Important notices appear on the back of this letter. Please read them as they may affect your rights.
[4] Colorado residents: please read important notice on the back of this letter.

**EXHIBIT A**

***PLEASE SEND ALL PAYMENTS AND CORRESPONDENCE TO THE ADDRESS BELOW***
Zwicker & Associates P.C.   ◆   80 Minuteman Rd   ◆   Andover, Massachusetts 01810-1008
Tel: 800-594-7323   ◆   NY City and Yonkers Residents Only: (877) 368-4531

AMX001CNJ

## IMPORTANT NOTICES

<u>OFFICE HOURS:</u>  Monday through Thursday 8:00 AM – 9:00 PM, and Friday 8:00 AM – 7:00 PM.  (All times are Eastern).

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

**California** – The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**California/Utah** -  As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

<u>**Colorado**  -  The following language is required by Colorado state law to be contained in the initial debt collection letter sent to Colorado residents:</u>

> FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER.  A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

Colorado residents may contact our office by telephone at 800-370-2251 during the office hours stated above.

**Massachusetts** – Massachusetts residents may contact our office by telephone at 800-370-2251 during the office hours stated above. The business address is: 80 Minuteman Road, Andover, Massachusetts  01810-1008. Massachusetts Law requires that we inform you:

<u>NOTICE OF IMPORTANT RIGHTS OF MASSACHUSETTS RESIDENTS</u>

<u>You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.</u>

To all consumers: Federal law or other state laws may also provide you with similar or even greater rights.

<u>Authorizing us by phone to set up payments on your account</u>

If you and this firm agree that you can make a series of monthly payments on your account in specified amounts, you can authorize this firm by phone to initiate those payments electronically from your bank account. By (1) calling us at 800-370-2251 (NY City and Yonkers Residents Only Call  877-368-4531) or taking a call from us; (2) specifying the amounts and dates of payments which you would like to make; (3) identifying the bank account of yours which you wish to use to make the payments; and (4) electronically signing this Authorization, you authorize us to initiate payments from your account in the amounts and on the dates that you specify. You understand that your bank may charge you a fee for any unsuccessful payment and that we have no liability for any such fee.  **YOU ARE NOT REQUIRED TO ARRANGE FOR OR AUTHORIZE ANY PAYMENTS OF THIS TYPE.   If you choose to provide this authorization, you can cancel it by calling us toll free at 877-220-6665 at least three business days before the day on which you want the cancellation to be effective.**

New York City Department of Consumer Affairs License No. 2045431-DCA:  80 Minuteman Road, Andover, MA  01810
New York City Department of Consumer Affairs License No. 2045486-DCA:  2300 Litton Lane, Suite 200, Hebron, KY  41048
New York City Department of Consumer Affairs License No. 2048466-DCA:  1225 West Washington St., Suite 110, Tempe, AZ  85281



EXHIBIT A